COURT OF APPEALS OF VIRGINIA

Present:  Judges Humphreys, McCullough and Senior Judge Bumgardner

**UNPUBLISHED**

ROBERT LEE HIGH

                                                      MEMORANDUM OPINION[*]
v.      Record No. 2354-12-4                                PER CURIAM
                                                          APRIL 30, 2013
MICHAEL L. CLARK/FAMILY FLOORING, TWIN CITY
 FIRE INSURANCE COMPANY, DNS CONSTRUCTION,
 DOUGLAS WALLACE/DOUG-STEVE'S CARPENTRY AND
 THE UNINSURED EMPLOYERS' FUND

          FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

          (Kathleen Grace Walsh, on brief), for appellant.

          (Thomas G. Bell, Jr.; Timberlake, Smith, Thomas, & Moses, P.C., on
          brief), for appellee The Uninsured Employers' Fund.

          No brief for appellees Michael L. Clark/Family Flooring, Twin
          City Fire Insurance Company, DNS Construction, and Douglas
          Wallace/Doug-Steve's Carpentry.


        Robert Lee High appeals a decision of the Workers' Compensation Commission finding

that the commission did not have jurisdiction because Doug Wallace and Steve Griffith were

partners and thus not counted as employees.  We have reviewed the record and the commission's

opinion and find that this appeal is without merit.  Accordingly, we affirm for the reasons stated

by the commission in its final opinion.  See High v. Michael L. Clark/Family Flooring, VWC

File No. JCN VA010-0242-6083 (Nov. 30, 2012).  We dispense with oral argument and

summarily affirm because the facts and legal contentions are adequately presented in the

---

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

materials before the Court and argument would not aid the decisional process. <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>